George R. SCHERER and Carolyn D. Scherer, his wife, Plaintiffs-Appellants,

v.

AMERICAN CYANAMID COMPA-NY et al., Defendants-Appellees.

No. 72-3730.

United States Court of Appeals, Fifth Circuit.

Dec. 4, 1973.

John J. Cosner, Jr., Gordon W. Matheny, Hammond, La., Hugh Miracle, Seattle, Wash., for plaintiffs-appellants.

H. Martin Hunley, Jr., New Orleans, La., for defendants-appellees.

Before TUTTLE, DYER and MORGAN, Circuit Judges.

PER CURIAM:

In this products liability case, involving serious injury to plaintiff from defendant's drug, the only question is the correctness of the district court's decision holding the action barred by the applicable statute of limitations, Sections 3536 and 3537 of the Louisiana Civil Code. We find no conflict of evidence touching on this matter which would warrant submission to the jury of the question of concealment by the defendant which would toll the statute. Cf. R. J. Reynolds Tobacco Co. v. Hudson, 314 F.2d 776 (5th Cir. 1963); Breaux v. Aetna Casualty & Surety Co., 272 F. Supp. 668 (E.D.La.1967).

The judgment is affirmed.

SECURITY SERVICES, INCORPO-RATED, Petitioner,

v.

NATIONAL LABOR RELATIONS BOARD, Respondent.

No. 73-1370.

United States Court of Appeals, Sixth Circuit.

Argued Dec. 4, 1973.

Decided Dec. 11, 1973.

Rehearing Denied Feb. 4, 1974.

Edward R. Reagan, Farmington, Mich., on brief, for petitioner.

Peter G. Nash, Gen. Counsel, John S. Irving, Deputy Gen. Counsel, Patrick Hardin, Associate Gen. Counsel, Elliott Moore, Deputy Associate Gen. Counsel, Michael S. Winer, Richard A. Cohen, Attys., National Labor Relations Board, on brief, for respondent.

Before PHILLIPS, Chief Judge and PECK and LIVELY, Circuit Judges.

ORDER

This case is before the court upon the petition of Security Services, Incorporated to review an order of the National Labor Relations Board and upon the cross-petition of the Board to enforce the order. The decision and order of the Board are reported at 201 N.L.R.B. #148.

The court holds that the findings of fact of the Board are supported by substantial evidence on the record considered as a whole.

It is ordered that the order of the Board be, and it hereby is enforced.